# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00009-CV

**Byron C. Wilder and Barbara A. Wilder, Appellants**

**v.**

**CitiCorp Trust Bank, F.S.B.; CitiBank, N.A.; and CitiMortgage, Inc., Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT NO. D-1-GN-12-001696, HONORABLE DARLENE BYRNE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants' brief was due on March 11, 2015. On March 25, 2015, this Court notified appellants that their brief was overdue and that a failure to respond by April 6, 2015, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a), 42.3(b).

Cindy Olson Bourland, Justice

Before Justices Puryear, Pemberton, and Bourland

Dismissed for Want of Prosecution

Filed:   April 21, 2015